5-06-2018

Re: case # 3:88-cr-00244

Dear Sir:

I am requesting a copy of the above case number.

Thank you

Larry F Conn

107 Black Forest Drive

Clayton NC 27527

919-412-4533



LF Com
107 Black Forest Dr
Clayton NC
27527

Clerk of Court
845 5th Ave
Huntington W.VA
25701



RALEIGH NC 275
Research Triangle Region
07 MAY 2018 PM 1 L